UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHY BATTERSBY,

         Plaintiff,

    v.

WELLS FARGO BANK, N.A.,

        Defendant.

Case No.  15-cv-04865-JSC

**PRETRIAL ORDER NO. 2**

Re: Dkt. No. 28

    Following the Further Case Management Conference held on August 11, 2016, IT IS ORDERED THAT:

    Deadline for Filing Dispositive Motions:      November 17, 2016

    Deadline for Hearing Dispositive Motions:    December 22, 2016 at 9:00 a.m.

    The Court refers this case to a magistrate judge for a settlement conference to occur after October 1, 2016, as soon as is convenient to the magistrate judge.

    **IT IS SO ORDERED.**

Dated: August 11, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge